Tyson K. Hottinger (California State Bar No. 253221)
Larry R. Laycock (Pro Hac Vice)
Adam B. Beckstrom (Pro Hac Vice)
MASCHOFF BRENNAN
20 Pacifica, Suite 1130
Irvine, CA 92618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sundesa, LLC, a Utah limited liability company<br><br>Plaintiff(s),<br>v.<br>I A Nutrition, Inc., a Florida corporation; and Inner Armour, LLC, a Florida limited liability company,<br><br>Defendant(s). | CASE NUMBER<br>8:13-cv-01085-JVS-RNB<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. The dismissal is made with prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| January 28, 2014 | /s/ Adam B. Beckstrom |
| *Date* | *Signature of Attorney/Party* |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*